# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 2395

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case Number: _____ |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 21, U.S.C., Sections 952 and 960 |
| CORTEZ-Amaya, Efren ) | Importation of a Controlled Substance |

The undersigned complaint being duly sworn states:

On or about October 5, 2007, within the Southern District of California, Efren CORTEZ-Amaya, did knowingly and intentionally import approximately 26.4 kilograms of marijuana, a schedule I narcotic, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
SPECIAL AGENT
U.S. IMMIGRATION & CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS ___ DAY OF October 2007

_____
MAGISTRATE JUDGE

United States of America
VS.
Efren CORTEZ-Amaya

## PROBABLE CAUSE STATEMENT (AMENDED)

I, Special Agent Kathleen Martell, declare under penalty perjury, the following is true and correct:

On October 5, 2007, at approximately 9:45 P.M., Efren CORTEZ-Amaya attempted to enter the United States from Mexico at the San Ysidro Port of Entry, San Diego, California. CORTEZ was the driver and sole occupant of a gray 1985 Toyota pickup truck bearing Baja California, Mexico license AL70698. During the inspection of the vehicle, Customs and Border Protection (CBP) Officers tapped the spare tire of the vehicle and noticed it tapped "solid." CBP Officers utilized their assigned narcotic detector dog to screen the Toyota pickup truck. The narcotic detector dog alerted to the presence of a narcotic odor emitting from the spare tire area of the vehicle. The spare tire of the vehicle was x-rayed and searched and 13 packages containing approximately 26.4 kilograms of marijuana were found concealed in the spare tire of the vehicle. The remainder of the vehicle was searched, with negative results. A presumptive test of one of the packages revealed a positive reaction to the presence of marijuana.

CORTEZ-Amaya waived his constitutional rights and stated that he was to be paid $1800.00 to drive his vehicle, a 1985 Toyota pickup truck bearing Baja California, Mexico license AL70698, which he knew to contain narcotics, from Mexico across the Mexico/United States border to the Home Depot store located at Palm Avenue and Interstate 5 in San Diego, California.

1  CORTEZ was arrested and charged with violation of Title 21 USC 952, 960, Unlawful
2  Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center,
3  San Diego, CA.
4  Executed on October 9, 2007 at 9:30 AM.

   _____
   SPECIAL AGENT

8  On the basis of the facts presented in this probable cause statement consisting of 2 pages,
9  I find probable cause to believe the that the defendant(s) named in this probable cause statement
10 committed the offense on October 5, 2007, in violation of Title 21 USC 952 and 960 Unlawful
11 Importation of a Controlled Substance.

   _____          _____
   United States Magistrate Judge                    Date/Time

CORTEZ was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.

Executed on October 5, 2007 at 4:32 P.M.

_____
SPECIAL AGENT

On the basis of the facts presented in this probable cause statement consisting of 2 pages, I find probable cause to believe the that the defendant(s) named in this probable cause statement committed the offense on October 5, 2007, in violation of Title 21 USC 952 and 960 Unlawful Importation of a Controlled Substance.

_____     10/6/07 7/5 PM
United States Magistrate Judge            Date/Time

Page 3