1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Efren Cortez-Amaya

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE LEO S. PAPAS)**

11 UNITED STATES OF AMERICA,          )   Case No. 07MJ2395
                                      )
12              Plaintiff,             )
                                      )
13 v.                                 )   **CERTIFICATE OF SERVICE**
                                      )
14 EFREN CORTEZ-AMAYA,                )
                                      )
15              Defendant.             )
   _____    )
16

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                        U.S. Attorney CR
                          Efile.dkt.gc2@usdoj.gov
20

21                                    Respectfully submitted,

22

23 DATED:      October 11, 2007          /s/ Gregory T. Murphy
                                         **GREGORY T. MURPHY**
24                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Efren Cortez-Amaya
25

26

27

28