

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3045-WQH |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| EFREN CORTEZ-AMAYA, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about October 5, 2007, within the Southern District of California, defendant EFREN CORTEZ-AMAYA, did knowingly and intentionally import approximately 26.4 kilograms (approximately 58.20 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 11/13/07.

KAREN P. HEWITT
United States Attorney

AARON B. CLARK
Assistant U.S. Attorney

ABC:drh:San Diego
10/17/07