```
1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE P. HAN
   Assistant U.S. Attorney
3  California State Bar No. 250301
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5482

6

7  Attorneys for Plaintiff
   United States of America
```

FILED
DEC 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EFREN CORTEZ-AMAYA, ) <br> ) <br> Defendant. ) | Criminal Case No. 07CR3045-WQH <br><br> MOTION AND ~~PROPOSED~~ ORDER TO DISMISS WITHOUT PREJUDICE |

MOTION TO DISMISS

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney, Caroline P. Han, and hereby moves to dismiss, without prejudice, the complaint against the above named defendant in the interest of justice.

DATED: December 20, 2007

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Caroline P. Han

CAROLINE P. HAN
Assistant U.S. Attorney

## ORDER

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the information in criminal case number 07CR3045-WQH be dismissed, without prejudice, as to defendant Efren Cortez-Amaya.

IT IS FURTHER ORDERED that any future hearing dates be vacated.

DATED: 12/20/2007

Leo S. Papas
United States Magistrate Judge