# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER 07CR3045-WQH |
| vs | ) | ABSTRACT OF ORDER |
| Efren Cortez-Amaya | ) | Booking No. 05203298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **12/20/07** the Court entered the following order:

- **X** Defendant be released from custody.
- ____ Defendant placed on supervised / unsupervised probation / supervised release.
- ____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ____ Defendant released on $_____ bond posted.
- ____ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.
- ____ Defendant sentenced to TIME SERVED, supervised release for ____ years.
- ____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court: ____ dismissing appeal filed.
- ____ Bench Warrant Recalled.
- ____ Defendant forfeited collateral.
- **X** Case Dismissed. **ON ORAL MOTION OF THE GOVERNMENT**
- ____ Defendant to be released to Pretrial Services for electronic monitoring.
- ____ Other. _____

Received _____ DUSM

**Leo S. Papas**
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____ Deputy Clerk
J. YARABEK

Crim-9    (Rev 6-95)                                           ☆ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**